# ELECTRONIC RECORD

COA # 14-12-00767-CR          OFFENSE: Murder

STYLE: William Edward Erickson v The State of Texas          COUNTY: Harris

COA DISPOSITION: Affirmed as Modified          TRIAL COURT: 179th District Court

DATE: 12/5/2013     Publish:No          TC CASE #: 1286119

# IN THE COURT OF CRIMINAL APPEALS

STYLE: William Edward Erickson v The State of Texas          CCA # 1709-13

_____ State's _____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

granted & remanded          JUDGE: _____

DATE: April 16, 2014          SIGNED: _____          PC: _____

JUDGE: PC          PUBLISH: _____          DNP: _____

----------------------------

Appellants' PETITION          _____ MOTION FOR

FOR DISCRETIONARY REVIEW          FOR REHEARING IN CCA IS: _____

IS refused          JUDGE: _____

DATE April 16, 2014

PC          **ELECTRONIC RECORD**

JUDGE